IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EMAD ATALLA, | ) | 4:06CV3206 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| GERARD HEINAUER, DIRECTOR, | ) | |
| NEBRASKA SERVICE CENTER; | ) | |
| UNITED STATES CITIZENSHIP | ) | |
| AND IMMIGRATION SERVICES - | ) | |
| NEBRASKA SERVICE CENTER; | ) | |
| EMILIO T. GONZALEZ, | ) | |
| DIRECTOR, UNITED STATES | ) | |
| CITIZENSHIP AND IMMIGRATION | ) | |
| SERVICES; MICHAEL CHERTOFF, | ) | |
| SECRETARY, DEPARTMENT OF | ) | |
| HOMELAND SECURITY; | ) | |
| ALBERTO GONZALES, U.S. | ) | |
| ATTORNEY GENERAL, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Plaintiff's motion to dismiss (filing 12) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed without prejudice.

November 8, 2006.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge